## William H. Terrell, Appellee, v. George H. Wilson, Appellant.

### Gen. No. 41,457.

opinion filed March 11, 1941. George S. Barnes, for appellant; Henry C. Ferguson, for appellee. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''